AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Fredrik Odsvall, Derivatively on Behalf of Nominal Defendant TALKSPACE, INC. f/k/a HUDSON EXECUTIVE INVESTMENT CORPORATION, <br><br> *Plaintiff(s)* <br> v. <br> Oren Frank, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:22-cv-5016 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See attached Defendants Service List

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Benjamin I. Sachs-Michaels
GLANCY PRONGAY & MURRAY LLP
745 Fifth Avenue, Fifth Floor, New York, NY 10151
Telephone: (212) 935-7400

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 06/16/2022        /s/ P. Canales
                        *Signature of Clerk or Deputy Clerk*

TALKSPACE, INC.
DEFENDANTS SERVICE LIST

TALKSPACE, INC.
2578 Broadway
Suite 607
New York NY 10025

OREN FRANK
c/o Talkspace, Inc.
2578 Broadway
Suite 607
New York NY 10025

MARK HIRSCHHORN
c/o Talkspace, Inc.
2578 Broadway
Suite 607
New York NY 10025

RONI FRANK
c/o Talkspace, Inc.
2578 Broadway
Suite 607
New York NY 10025

JEFFREY CROWE
c/o Talkspace, Inc.
2578 Broadway
Suite 607
New York NY 10025

EREZ SHACHAR
c/o Talkspace, Inc.
2578 Broadway
Suite 607
New York NY 10025

CURTIS WARFIELD
c/o Talkspace, Inc.
2578 Broadway
Suite 607
New York NY 10025

JACQUELINE YEANEY
c/o Talkspace, Inc.
2578 Broadway
Suite 607
New York NY 10025

CHARLES BERG
c/o Talkspace, Inc.
2578 Broadway
Suite 607
New York NY 10025

MADHU PAWAR
c/o Talkspace, Inc.
2578 Broadway
Suite 607
New York NY 10025

DOUGLAS L. BRAUNSTEIN
c/o Talkspace, Inc.
2578 Broadway
Suite 607
New York NY 10025

DOUGLAS G. BERGERON
c/o Talkspace, Inc.
2578 Broadway
Suite 607
New York NY 10025

JONATHAN DOBRES
c/o Talkspace, Inc.
2578 Broadway
Suite 607
New York NY 10025

ROBERT GREIFELD
c/o Talkspace, Inc.
2578 Broadway
Suite 607
New York NY 10025

AMY SCHULMAN
c/o Talkspace, Inc.

2578 Broadway
Suite 607
New York NY 10025


and

THELMA DUGGIN
c/o Talkspace, Inc.
2578 Broadway
Suite 607
New York NY 10025